**Opinion issued November 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00908-CV

———————————

**RITA LEMONS, Appellant**

**V.**

**TRANSPLANT ASSOCIATES AT BAYLOR HEALTHCARE SYSTEMS, P.A., JOE LEE, JOYCE HICKMAN LEE, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2000-34109E**

---

## MEMORANDUM OPINION

Appellant, Rita Lemons, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.